# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00769-CV

### In re Walter Olenick and M. Rae Nadler-Olenick

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

On the record and arguments presented, the petition for writ of mandamus and the motion for temporary orders are denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   December 14, 2015